UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,                                    CASE NO. 1:24-cv-21392-KMM

      Plaintiff,

vs.

FAT BRANDS, INC., a Foreign Profit Corporation
D/B/A HURRICANE GRILL & WINGS
      Defendant,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant, FAT BRANDS, INC. D/B/A HURRICANE GRILL & WINGS have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 60 days to finalize all documents before dismissing the case.

      Respectfully Submitted,

      MENDEZ LAW OFFICES, PLLC
      Attorney for Plaintiff
      P.O. BOX 228630
      Miami, Florida 33172
      Telephone: 305.264.9090
      Facsimile:  305.809.8474
      Email:info@mendezlawoffices.com
      By: /s/ Diego German Mendez
      DIEGO GERMAN MENDEZ, ESQ.
      FL BAR NO.: 52748

###